No. 916. THOMAS J. EVANS, SOLE SURVIVING RECEIVER, ETC., PETITIONER, *v.* NATIONAL BANK OF SAVANNAH. April 15, 1918. Petition for a writ of certiorari to the

Court of Appeals of the State of Georgia granted. *Mr. Frederick T. Saussy* for petitioner. *Mr. William Garrard* and *Mr. Edward S. Elliott* for respondent.